# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
104 WEST 40TH STREET, NEW YORK, NY 10018-3617
PHONE (212) 869-3200   FAX (212) 869-4242
E-MAIL: attorneys@molodspitz.com
WEBSITE: www.molodspitz.com

December 30, 2005

Hon. Allyne R. Ross
United States District Court
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

*[Handwritten annotation:] DF* Referred for decision by Judge Gold. So ordered. USDJ 1/5/06 cc: Counsel, Judge Gold*

Re: **Cassar v. Diamond Truck Rental, Inc. Et al.**
**Docket No.: CV 05 5688 (ARR)(SMG)**
Our File No. SP 4268

Dear Judge Ross:

We represent the plaintiff in the above matter.

We enclose a courtesy copy of our Notice of Motion to Remand to State Court, Declaration and Memorandum of Law n Support of Motion to Remand, and have filed these papers electronically on the CM/ECF website. In addition, we have served hard copies of same on the parties to this action.

Thank you for your consideration.

Respectfully submitted,

MOLOD SPITZ & DeSANTIS, P.C.

Alice Spitz (AS 5165)

AS:cm
Enclosures

TO: Matthew J. Vitucci, Esquire
MORRIS DUFFY ALONSO & FALEY
Attorneys for Defendants
BUDGET RENT-A-CAR SYSTEM, INC.'S and
PARRISH ENTERPRISES
Two Rector Street, 22nd Floor
New York, NY 10006

*[Handwritten:] *DOCUMENTS FORWARDED TO M.J. GOLD*

THE HARMONIE GROUP
A member of the Harmonie Group, an affiliation of independent law firms

Hon. Allyne R. Ross, United States District Court
Eastern District of New York
**Re: Cassar v. Diamond Truck Rental, Inc. Et al.**
**Docket No.: CV 05 5688 (ARR)(SMG)**

Alan D. Kaplan, Esquire
HERRICK FEINSTEIN LLP
Attorneys for Defendants
GOODYEAR TIRE & RUBBER COMPANY
2 Park Avenue
New York, New York 10016

Henry J. Cernitz
JACOBSON & SCHWARTZ
Attorneys for Defendant
BELARDINELLI TIRE COMPANY
510 Merrick Road, P.O. Box 46
Rockville Centre, New York 11571

Diamond Truck Rental, Inc.
100 Gayridge Road
Yorktown Heights, NY 10598